# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO WESTERN DIVISION

United States of America,                        CASE NO. 3:18-cr-00071

       Plaintiff,                            USM Number: 71103-061

     vs                                      **<u>ORDER</u>**

James Allen Banks,

       Defendant,

      This matter was heard on December 12, 2019, upon the request of the probation office for a finding that the defendant had violated conditions of supervised release. The defendant was represented by counsel. The defendant admitted to violation 1-5 contained in the violation report and was found to have been in violation by the Court. The Court revoked supervision. The defendant was sentenced to a term of 24 months custody to be served consecutive to the sentence in Summit County Common Pleas Case CR2018-12-4223. The court further imposed supervised release for a term of 1 year with all previously imposed conditions of supervision with the addition of substance abuse treatment. The defendant shall receive credit for time served while awaiting adjudication of this matter from March 22, 2019. The court recommends the defendant be housed at FCI Milan, Milan, Michigan or a facility as close to Sandusky, Ohio as possible.

      SO ORDERED.

                                                       /s/ James G. Carr
                                                       SR. U.S. District Judge